IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| ERICK DANIELS, <br> TDCJ No. 01992750, <br><br> Petitioner, <br><br> v. <br><br> BOBBY LUMPKIN, Director, <br> Texas Department of Criminal Justice, <br> Correctional Institutions Division, <br><br> Respondent. | § § § § § § § § § § § § | Civil Action No. 7:19-cv-076-O-BP |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

This is a habeas action brought pursuant to 28 U.S.C. § 2254 in which Petitioner challenges the validity of disciplinary action taken against him at the James V. Allred Unit of the Texas Department of Criminal Justice in Iowa Park, Texas. *See* Petition, ECF No. 2 at 4.

The United States Magistrate Judge entered his Findings, Conclusions, and Recommendation in which he recommends that the petition be denied. *See* ECF No. 11. Petitioner did not file objections. The District Court reviewed the Findings, Conclusions, and Recommendation for plain error. Finding no error, I am of the opinion that the findings of fact, conclusions of law, and reasons for denial set forth in the Magistrate Judge's Recommendation are correct and they are hereby adopted and incorporated by reference as the Findings of the Court.

Accordingly, the petition for writ of habeas corpus is **DENIED**.

**SO ORDERED** this **17th day** of **December, 2020**.

*[Signature: Reed O'Connor]*
Reed O'Connor
UNITED STATES DISTRICT JUDGE